IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DIANE GROSSERODE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV70 |
| | ) | |
| **GOLDEN GATE NATIONAL SENIOR CARE LLC, d/b/a NELIGH NURSING CENTER ,** | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Leave to File a Second Amended Complaint [16]. Response time has passed, and no response in opposition was filed.

Pursuant to NECivR 15.1 and Fed. R. Civ. P. 15(a),

**IT IS ORDERED** that the motion [16] is granted. Plaintiff shall file and serve the Second Amended Complaint no later than June 30, 2008. Adverse parties shall respond within the time allowed by Fed. R. Civ. P. 15(a).

**DATED June 17, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**