# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DIANE GROSSERODE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:08CV70** |
| | ) | |
| **GOLDEN GATE NATIONAL** | ) | **ORDER** |
| **SENIOR CARE LLC, d/b/a NELIGH** | ) | |
| **NURSING CENTER ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Counsel have advised the court that the parties were unable to settle this dispute in mediation. Accordingly,

1. The mediation reference is withdrawn.

2. The case is no longer stayed and the parties may conduct discovery.

3. Counsel shall contact chambers no later than August 27, 2008 to schedule a planning conference with the undersigned.

**DATED August 20, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**