IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DIANE GROSSERODE,** | ) | CASE NO. 8:08CV70 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| **GOLDEN GATE NATIONAL SENIOR d/b/a NELIGH NURSING CENTER,** | ) ) | |
| | ) | |
| **Defendant.** | | |

This matter is before the Court on the parties' Stipulated Dismissal with Prejudice. The stipulation for dismissal with prejudice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulated Dismissal with Prejudice (Filing No. 33) is approved;

2. The Complaint, Amended Complaint, Second Amended Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 23rd day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge